```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 06863
    LORETTA ADAMS
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-2414

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 02/28/2005 and was confirmed 06/06/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 04/20/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
GENERAL MOTORS ACCEPTANC  SECURED                  .00         .00            .00
GE CONSUMER FINANCE       SPECIAL CLASS NOT FILED          .00            .00
GE MONEY BANK             NOTICE ONLY   NOT FILED          .00            .00
ILLINOIS SECRETARY OF ST  UNSEC W/INTER NOT FILED          .00            .00
ILLINOIS SECRETARY OF ST  NOTICE ONLY   NOT FILED          .00            .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER     1315.30     137.00        1315.30
WEST SUBURBAN HOSPITAL    UNSEC W/INTER     1941.06     202.24        1941.06
WEST SUBURBAN HOSPITAL    NOTICE ONLY   NOT FILED          .00            .00
WEST SUBURBAN HOSPITAL    NOTICE ONLY   NOT FILED          .00            .00
INTERNAL REVENUE SERVICE  PRIORITY          7512.29     471.88        7512.29
LEDFORD & WU              DEBTOR ATTY      2,194.00                   2,194.00
TOM VAUGHN                TRUSTEE                                       727.27
DEBTOR REFUND             REFUND                                    112,044.71

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE           126,545.75

PRIORITY                                     7,512.29
    INTEREST                                   471.88
SECURED                                           .00
UNSECURED                                    3,256.36
    INTEREST                                   339.24
ADMINISTRATIVE                               2,194.00
TRUSTEE COMPENSATION                           727.27
DEBTOR REFUND                              112,044.71
                  ---------------        ---------------
TOTALS            126,545.75               126,545.75


              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 06863 LORETTA ADAMS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE